# EXHIBIT A



# S A N   F R A N C I S C O
# F O R E N S I C   I N S T I T U T E
### *At the Interface of Psychology & Law*

CHARLES A. FLINTON, PH.D.  |  CYNTHIA V. RINKER, MFT
TEL  415 391 7171    FAX  844 506 3322    WWW.SFFI.US

March 8, 2017

Seth Chazin
Law Offices of Seth P. Chazin
1164 Solano Avenue
Albany, CA 94706

RE: Gerard Jones

Dear Mr. Chazin,

Per your request, I am writing a letter outlining Mr. Jones's participation and progress in Sexual Offender Specific treatment. The San Francisco Forensic Institute (SFFI) provides state-of-the-art psychological evaluation, consultation, and expert testimony in criminal and civil cases. Additionally, SFFI offers focused psychotherapy to individuals in the legal system and is a Certified Sex Offender Treatment Program according to the standards set by the California Sex Offender Management Board (CASOMB). Furthermore, I am a Certified Sex Addiction Therapist (CSAT) and have additional training and experience to assess and treat people exhibiting addictive like behaviors that involve sex or sexual material. Since his arrest, Mr. Jones began participating in weekly individual therapy with me on January 17, 2017 and has not missed any sessions since that time. He was also attending supportive, 12 step type groups in the community (Sex Addicts Anonymous or SAA).

In terms of future offenses involving child pornography, the reader should note that in a meta-analysis completed by Seto, Hanson, and Babchishin (2014) involving 2,630 child pornography offenders, 2 percent later committed a hands on offense while 3.4 percent recidivated with child pornography.[1] In another study, completed by Faust, Bickert, Renaud, and Camp (2014), based on a sample of 493 child pornography offenders, 1.6% reoffended with child pornography while those with a targeted (or identifiable victim) reoffended at a rate of 3%[2]. This indicates that child pornography offenders typically re-offend at a very low rate. Still, current research suggests several factors that should be considered regarding recidivism risk. These are 1) the offender is young, 2) the offender has never been married, 3) the offender has a low level of education, 4) the offender has a prior criminal history (especially violent or sexual offense), 5) the offender has a history of conditional release failure, 6) the offender has substance use problems, and 7) the offender possesses non-internet child pornography.[3]

---

[1] Babchishin, K.M., Hanson, H.K., VanZuylen, H. (2014). Online Child Pornography Offenders are Different: A Meta-analysis of the Characteristics of Online and Offline Sex Offenders Against Children. Arch Sex Behav DOI 10.1007/s10508-014-0270-x
[2] Faust E, Bickart W, Renaud C, Camp S. (2014) Child pornography possessors and child contact sex offenders: A multilevel comparison of demographic characteristics and rates of recidivism. Sex Abuse 2014; 27(5): 460-478.
[3] Seto, M. (2012), Prepared for the United States Sentencing Commission Draft dated February 6, 2012//AND// Seto, M. C., & Eke, A. W. (2005). The criminal histories and later offending of child pornography offenders. Sexual Abuse: A Journal of Research and Treatment, 17, 201-210.//and// Wakeling, H. C., Howard, P. D., & Barnett, G. D. (in press). An examination of the predictive validity of the Risk Matrix 2000 with internet offenders. Sexual Abuse: A Journal of Research and

2

In Mr. Jones's case, in terms of factor 1, he is of sufficient age for this factor to mitigate his risk. In terms of factor 2, he has maintained at least one long-term, marital relationship and continues to be in this relationship. In terms of factor 3, he has an advanced degree. This factor may separate him from typical recidivists. In terms of factor 4, Mr. Jones has no known prior criminal history. In terms of factor 5, Mr. Jones has never been on probation. This does not aggravate or mitigate risk. In terms of factor 6, Mr. Jones denies a substance abuse problem. In terms of factor 7, Mr. Jones was not found to possess non-internet child pornography. Factors above except #5 support a lower risk than the average recidivist.

While Mr. Jones appears to be at a relatively low risk for re-offense, the reader might note that offenders who successfully complete treatment recidivate at a rate 50% less than those who participate, but do not complete treatment (Marques et al., 2005)[4]. A 2003 study by McGrath, Cumming, Livingston, and Hoke found that over a six-year follow-up, offenders who had "completed" a cognitive behavioral program recidivated less (5.4% overall) than offenders who had "some" treatment, but did not complete the program (30.6% overall)[5].

Mr. Jones was involved in compulsive, almost addictive-like behavior albeit with harmful material. He demonstrated anxious and depressive symptoms such as diminished interest or pleasure in activities that he normally found pleasure in, loss of energy, and excessive work to the detriment of himself. This behavior was likely a way for him to escape into a fantasy world that he would not likely act out in the real world. He denies a sexual interest in children and has demonstrated long-term relationships with women.

Mr. Jones presents as an exceptional candidate to successfully complete treatment. In short, I believe that with proper treatment, Mr. Jones will further lower his risk of re-offense. Addressing maladaptive behavior as soon as it is discovered provides the best potential for remission. Continuing with treatment would be in his benefit.

Thank you,

*Cynthia V. Rinker, LMFT*

Cynthia Rinker, Administrative Director
Licensed MFT (37,017)

---

Treatment.//And// Faust, E., Renaud, C., & Bickart, W. (2009, October). Predictors of re-offense among a sample of federally convicted child pornography offenders. Paper presented at the 28th Annual Conference of the Association of the Treatment of Sexual Abusers, Dallas, TX.

[4] Hanson, R. F., Resnick, H. S., Saunders, B. E., Kilpatrick, D. G., & Best, C. (1999). Factors related to the reporting of childhood rape. Child Abuse & Neglect, 23, 559–569. Finkelhor, D., Hammer, H., and Sedlak, A.J. (2008). Sexually Assaulted Children: National Estimates and Characteristics. (NCJ 214383) August 2008. OJJDP NISMART Series.

[5] McGrath, R. J., Cumming, G., Livingston, J. A., Hoke, S. E. (2003). Outcome of a treatment program for adult sex offenders: From prison to community. Journal of Interpersonal Violence, 18, 3-17.

# EXHIBIT B

**JEREMY COLES, PH.D.**
**CLINICAL & FORENSIC PSYCHOLOGIST**
**6114 LaSalle Ave # 587**
**OAKLAND, CA 94611**
**510-339-6733**
**CA LICENSE # 15992**

**11/03/2017**

**CONFIDENTIAL REPORT OF PSYCHOLOGICAL EVALUATION**

**Name:**                         **Gerard Jones**
**Date of Birth:**                **07/10/1957**
**Age:**                          **60 years old**
**Case #:**                       **Case # 17 CR-0070**
**Date of Evaluation:**           **10/30/2017**

**IDENTIFYING INFORMATION AND REFERRAL QUESTIONS**
Mr. Gerard Jones is a 60 year-old male who was referred for psychological evaluation by
Seth Chazin, the attorney who is representing him on the charges of U.S.C. §
2252(a)(4)(B)-possession of child pornography, and U.S.C. § 2252(a)(2)- distribution of
child pornography.  The purpose of the current evaluation was to assess Mr. Jones's
general psychological and cognitive functioning, to provide a risk assessment, to
determine whether he is afflicted with a Pedophilic Disorder, and to provide treatment
recommendations. I evaluated Mr. Jones on 10/30/2017 for approximately two and a half
hours in my outpatient office at 3873 Howe St. in Oakland, CA. He was explained the
purpose of the evaluation as well as the limits of confidentiality. He was cooperative with
all aspects of the evaluation process.

**ASSESMENT PROCEDURES**
**Tests Administered:**

1. **Millon Multiaxial Clinical Inventory- III (MCMI-III)**
2. **Cognistat**

**Documents Reviewed:**

- **United States District Court for the Northern District of California/Case #17
  CR-0070- Indictment: filed 02/07/2017**

**CONFIDENTIAL REPORT OF PSYCHOLOGICAL EVALUATION**
**Gerard Jones**
**Case # 17 CR-0070**
**11/03/2017**

- **Letter to defense attorney Seth Chazin from Ability Systems Corporation, President Robert D Young:  10/03/2017**
- **San Francisco Police Department Chronicle of Investigation/Case # 160729643: 09/13/2016**
- **San Francisco Police Department Crime Report/Case # 160-729-643: 12/29/2016**
- **San Francisco County Return to Search Warrant/Case # 160729643: 11/22/2016**
- **San Francisco County Search Warrant and Affidavit/Case # 160729643: 10/3/2016**
- **Cyber Tip Line Report-12640482:  06/22/2016**

## MENTAL STATUS AND TEST SESSION BEHAVIOR

Mr. Jones presented as a well dressed, likable man who arrived to his appointment on time. He was alert and oriented. His gait was unremarkable. His grooming skills were adequate.  He wore glasses. He put forth adequate energy and motivation throughout the interview. He was quite articulate and clearly of above average intelligence. His speech was coherent and goal directed. It was of normal tone, pace, and volume. He offered information freely and appeared to be a reliable historian. He demonstrated a broad range of affect. He became sullen when speaking of the controlling offense and mentioned on multiple occasions that he has been overwhelmed with shame, and that having to talk about the offenses brought about significant sadness.

Mr. Jones's attention was intact. He was able to follow the flow of our conversation and respond to my questions with relevant responses. His memory, both recent and remote, was intact. There was no evidence of delusions, hallucinations, or other psychotic symptoms in his mental functioning. He denied current suicidal ideation. His insight was moderate.

## CURRENT SITUATION AND PERTINENT BACKGROUND
**The following information was obtained from Mr. Jones unless otherwise noted.**

**Current Situation.**  Mr. Jones lives with his wife, Jenny, in a rented apartment in San Francisco. He spends most of his days attempting to reconstruct a book that was near completion when his computers were taken away from him during his arrest for the controlling offense. Apparently, he has not been allowed to access the book files that were on these computers. He noted that he is currently being supervised by U.S. Pretrial Services. This involves wearing an ankle bracelet, a 6 p.m. curfew, and monthly visits from a pretrial service officer who comes to his home to check his computers. Additionally, he is required to report to the officer once a month. He has been fully compliant with all of the conditions of supervision. He also attends weekly individual psychotherapy and a weekly therapy group specifically for individuals dealing with sexual problems. Finally, he attends Sex and Love Addicts Anonymous several times a week.

Mr. Jones noted that his arrest for the controlling offense has caused him to lose many job contracts that he had in place and he is experiencing financial hardship. He also indicated that while his wife has stayed with him after his arrest for the controlling offenses, the circumstances surrounding his arrest have devastated her and their relationship is distant at this point in time.

**Psychosocial History.** Mr. Jones was born in Cut Bank, Montana. He was raised in Los Gatos until age 16 and then moved to Gilroy. He has a brother, Ray, who is 10 years older than him and lives in San Jose, California. He is close with Ray and has been able to talk to him about his recent offenses. Mr. Jones was raised by both parents who remained married until his mother passed away in 2001. His father died in 2011. His father worked as a high school teacher and guidance counselor. His mother worked as a high school teacher.

Mr. Jones described his childhood as, "Steady. There were some rough stretches. My Mom went into a depression when I was in the 14 to 15 year old range. She started drinking a lot. Prior to that, I remember that there was steadiness." He described his father as, "Sweet and congenial. He didn't show a lot of affection but he was very good to me." His described his mother as, "Moody. She was impatient and could get angry although she was never abusive. She had depressive spells and was hard to reach but then she would get really affectionate. I didn't get a lot of training in expressing emotions but it was a loving and supportive home."

As a child, Mr. Jones spent most of his time with friends playing various games that were popular at the time. He noted that he was imaginative and wrote stories from a young age. He also liked to draw. He collected various items such as coins and matchbox cars. He recalled that he spent a lot of time with his parents and older brother, camping most of the summer each year. He recalled loving animals and birds and would spend hours viewing birds with binoculars, keeping lists of the birds that he saw.

Mr. Jones was never in legal trouble as a juvenile. He was generally well behaved. He did not engage in any behavior commonly associated with conduct-disordered youth such as stealing, truancy, and fighting.

Mr. Jones recalled being depressed and anxious beginning in the 6th grade: "I was unhappy and I would trump up that I was sick so I could stay home. I was anxious and depressed and was somewhat scared. I was a sensitive kid. I wanted to please grown ups. By the end of the 7th grade, my parents took me out of the public school and placed me in a small private school and there I just felt lonely and I felt like I let my parents down. I didn't connect well with kids and I had a hard time staying in contact with my prior friends. I felt like there was something wrong with me for being sent to this school. I made some friendships but they weren't satisfying. More and more I didn't do much after school and I watched a lot of television." Ultimately, he was homeschooled in the 9th and

10th grade. During these years, he was lonely as he lost touch with the kids that he knew: "That was a very depressive year. I slept all the time."

Mr. Jones's family moved to Gilroy when he was in the 11th grade and this helped lift him out of his depression. He attributed this to being placed back in a public school where he was able to reintegrate with kids his age. Simultaneously, his mother's depression lifted, in large part due to the fact that she taught in the Gilroy school system and she no longer had to commute two hours a day.

After graduating high school, Mr. Jones remained in his parent's home for two years and attended community college. At age 20, he moved out and worked at a bookstore and began writing: "I wanted to be a novelist so I didn't really want to keep with college at that point." Soon thereafter, Mr. Jones published a humor book with a coauthor that sold fairly well.  This allowed him to begin writing full- time.

**Educational History.** Mr. Jones did well in school, generally achieving A's. He was never in special education classes and was not a behavior problem. As noted, in addition to being home schooled, he attended a mixture of public and private schools. He attended two years of community college.

**Employment History.** Mr. Jones's first job occurred at age 20 when he worked in a bookstore. Since that time, he has supported himself writing, teaching, and editing. He has had, by and large, a successful career, having published his works for major publishing presses. His writing has varied from comic books to non-fiction.

**Substance Abuse History.** Mr. Jones has no substance abuse history. He described himself as a casual drinker and said that, at most, he consumes a couple of drinks a week. He experimented with marijuana in his early 20s but did not like it. He has never used harder, mind-altering substances.

**Legal History.** Mr. Jones has no prior legal history.

**Psychological History.** Mr. Jones's first contact with mental health professionals occurred in 1991 when he sought therapy after he had an affair. He attended weekly psychotherapy for about two years. Since that time, he has been in therapy on five different occasions typically for about two to three years at a time. He indicated that he generally sought out therapy for depressive symptoms.

Mr. Jones was first prescribed psychiatric medication in 2004. Then, in 2006,  he saw a psychiatrist who prescribed him Wellbutrin in an effort to quell his depressive symptoms: "It was a vague malaise, I felt scattered. There were many days that I felt unmotivated. I had tried Paxil and Lexapro a few years earlier but I didn't notice much. Wellbutrin gave

me a little more of a foundation." Currently, Mr. Jones is prescribed Wellbutrin, 300 mg. once a day.

As noted, Mr. Jones is currently attending individual and group therapy as a condition of his pretrial release. This therapy is provided by Cynthia Rinker at the San Francisco Forensic Institute.  He noted that the group that he attends is comprised of people who identify as sex addicts.   He noted that both therapeutic modalities are helpful and allow him to process his pornography addiction and his decision to view child pornography.

**Medical History.** Mr. Jones is afflicted with GERD and asthma. He experiences occasional migraine headaches.

**Relationship and Sexual History.** Mr. Jones described being inhibited and shy as an adolescent. By his senior year, he learned how to talk to girls and, eventually, by the end of his senior year, he dated for the first time. Notably, his first girlfriend and first sexual partner was his current wife, Jenny. He said that they were together for about four years. Then, at age 23, he took a trip to Europe for six months. Jenny began dating another man during this time. From the age of 23 to 26, they remained in a relationship although they saw each other less and saw other people: "We had an arrangement so that we didn't have to tell each other everything." At 26, the relationship became more monogamous and they began living together: "It seemed like a good idea. We wound up getting a condominium." Ultimately, they married at the age of 29. They have been together continuously since this time other than one year that they separated after he had an affair.

Mr. Jones and Jenny had one child, Nicholas, who is 24 years old. He is finishing his BA in musical production and engineering. He lives in Davis with his girlfriend. He said that he has a good relationship with Nicholas and they speak and visit often.

Mr. Jones noted that his marriage has never been marked by significant conflict but "There have been rough spots. It's had periods when we were distant and walled off." He noted that Jenny experienced a post partum depression that was exacerbated by an affair that he had:

> We worked on it and it got better until I cheated on her again. It got a lot better in 2010 after we both went into 12-step program. I went into Sex and Love Anonymous which deals with people who have addictions to romantic attractions…People who leak from relationship to relationship, falling in love repeatedly… She went into the Alanon portion of that which is called COSA. At first I went to five meetings a week and then over time, I scaled back to one or two meetings a week after about one or two years. Since then, things had gotten a lot better. We also did couples therapy. It has been wonderful for the past seven years even through this awfulness she has been steady and supportive. She tells me that my behavior has been scary for her. She hasn't completely promised to be

there after my prison time but she probably will be. It took a lot of work but we are both so grateful that we hung on. Along the way we had second thoughts.

Mr. Jones indicated that his sex life with his wife was minimal during the last few years of their marriage: "Maybe once every couple of months. She was going through menopause and was not feeling sexual, this was for the past three years." He noted that his own sex drive was rather low as well so he did not feel particularly frustrated due to the lack of sex in their relationship. However, when he began taking Ritalin, his sex drive increased.

Mr. Jones has had sex with roughly five women; his wife and four women with whom he had affairs. He has never experienced any sexual attraction towards men and considers himself heterosexual.  Notably, none of the child pornography that he downloaded contained images of boys.

Mr. Jones denied all sexual dysfunctions, including difficulty getting an erection, premature ejaculation, and inability to ejaculate.

Mr. Jones reported that he had never engaged in exhibitionism, masturbating in public, mooning, streaking, voyeurism, bestiality, bondage, sadomasochism, obtaining sexual excitement by controlling another person, dressing in women's clothing or masturbating using women's or children's clothing.

**CONTROLLING OFFENSE AND PRECURSORS**
Mr. Jones is currently charged with one count of U.S.C. § 2252(a)(4)-possession of child pornography, and one count of U.S.C. § 2252(1)(2)- receipt of child pornography.

According to San Francisco Police Department crime reports related to these offenses, Mr. Jones was interviewed on December 29, 2016.  He admitted to downloading and possessing graphic child pornography from several different online sources.  He admitted uploading and sharing child pornography to YouTube. He also admitted to looking at child pornography that involved children between the age 9 and 12. The youngest child depicted in the pornography he possessed was 3 years old.

Crime reports related to these offenses indicate that law enforcement was contacted by Google who informed them that child pornography had been uploaded to their YouTube site.  A review of the uploaded file revealed a child approximately 12 years old being sexually abused by an adult male and female.

Police reports indicate that prior to the current investigation, Homeland Security had been conducting an investigation related to Mr. Jones traveling to the United Kingdom to meet an underage female for sexual contact.  When asked about this by authorities, he admitted that he had been online several years prior when the alleged victim was 15.  They chatted

**CONFIDENTIAL REPORT OF PSYCHOLOGICAL EVALUATION**
**Gerard Jones**
**Case # 17 CR-0070**
**11/03/2017**

online and the chats became sexual.   He sent her graphic images when she was underage. He traveled to meet her when she was 17 years old and, ultimately, when she turned 18 they had sexual intercourse.

San Francisco Police Department crime reports further indicate that Mr. Jones told investigating officer he attended Sex Addicts Anonymous.  He noted that after an affair, he felt the compulsion for pornography as a substitute for being with other people.  He found pornography exciting because of the sense of taboo. He indicated he was not sexually attracted to children and reiterated that the taboo nature of the child pornography was what was most compelling. He was asked about meeting up with a minor named Rachel in the United Kingdom.  He indicated he met her in a Facebook group called "Facebook Writers."  They flirted online.  He noted he was unhappy at that point.

**Mr. Jones's understanding of the controlling offense and precursors.** Mr. Jones said that he had periodic pornography obsessions, beginning in 2000: "This was when we (he and his wife) were separated and I used a lot of pornography. It was straight ahead male-female pornography. Some had some dominance themes. Mostly, it was women that I found attractive performing fellatio." He said that nearly all of the pornography that he viewed was in the context of Internet pornography. When asked if he had any insight into his pornography addiction, he stated,  "I felt like I was withdrawing from the affair. I felt like if I wasn't actually with someone else it was better. I was seeing a psychologist but I was pretty guarded." When Mr. Jones moved back with his wife, roughly one year later, his pornography use ended. Then, in 2004, he recalled getting into a flirtation with a woman and, in turn, he felt shame and disappointment that he was again edging towards an affair: "I had sworn I wouldn't do it again. I was starting to think there was something addictive or compulsive about the flirting. I went to some S and L meetings but at the same time that I was cutting off the relationship. I wanted to see pornography which I thought would be ok because it was a safer place to channel my sexuality and wasn't going to hurt people like my wife and this woman." For about six months, Mr. Jones again viewed pornography on a daily basis, almost entirely women performing fellatio on men: "I did notice some drifting. Wondering what kind of things were out there. I was still mostly interested in male-female fellatio but that was the first time that I became aware of jailbait sites, pictures of teenage girls with their clothes on. Girls 14 to 18 looking like sexual objects. I didn't look a lot but I looked to see what was there." Mr. Jones said that he did this for about six months and then, in early 2005, got disgusted with himself and stopped. He ran this same cycle four or five times prior to his introduction to child pornography many years later: " I had seen advertisements for it so I knew it was there but it wasn't until November 2015 when I decided to cross the line… in January 2016  I swore that I wouldn't look at it again but I drifted back to it that summer."

In further describing this time period, Mr. Jones recalled that he was writing a book on social reform movements and was very pressured. He had received his editor's rewrites

requests which were many and were overwhelming. He was supposed to finish this book in a couple of months and he worried that he wouldn't make the deadline. In turn, his physician prescribed extended release Ritalin in late 2015. Ritalin is an attention deficit medication that helps one concentrate and work for longer stretches of time. After Mr. Jones began taking Ritalin, he began obsessively viewing pornography in order to relieve his stress. He recalled feeling agitated from the Ritalin: "I was panicky about the book deadline and I would take the extended release to help with that and I was getting agitated. It also seemed like the obsessive compulsiveness was up." During this month, he downloaded collections of child pornography from Russian web addresses: "I wasn't so much hunting but grabbing these massive chunks. I never knew specifically what was in the folders and I would view them and delete the stuff I didn't like."

Mr. Jones indicated that he made an Internet account named "Eight is the New 18" in December 2015: "My rationalization was just to see what happened but I was obsessively curious about what I would see. When I put that up, I get a lot of messages from people sending links. It was free access to these huge collections. I think that I rationalized it I just talked myself into believing that it was ok. None of it makes sense, it was like what I did with my affairs; I would find ways to rationalize things when I am in the obsessive state."

Mr. Jones said that he viewed child pornography for about a month starting in November 2015. Then, he stopped viewing all pornography due to his feelings of shame and disgust with himself. Additionally, he was worried about his addiction to pornography taking over his life. Ultimately, about six months later, he became overwhelmed with stress and in June 2016, he began viewing pornography again, much of which was child pornography:

> When I went into it again in June the main thing that I was fixated on… was these Russian Ukrainian sites were these girls who wore clothes but they were presented as objects of desire. Typically they were 13 or 14, the beginning of sexuality. Sometimes there would be model sets of earlier pictures of the same girls at like 9 or 10. The early ones didn't sexually excite me. I didn't masturbate to them but I had some thrill looking at them. The 13, 14-year-old ones I would masturbate to, the early post puberty.

Mr. Jones said that eventually he went to Sex Addicts Anonymous in late November 2016 and this helped him understand his pornography addiction: "I was realizing that I wanted to be free from all of it, even looking at the teenage models. I was still tentative but I was fighting with myself." He indicated that he stopped viewing pornography again at the end of November 2016. He was arrested the next month.

I asked Mr. Jones about the younger children that were in the child pornography that he downloaded, and specifically if he felt a sexual excitement while viewing the images. He

---

**CONFIDENTIAL REPORT OF PSYCHOLOGICAL EVALUATION**
**Gerard Jones**
**Case # 17 CR-0070**
**11/03/2017**

told me the following: "I wanted to see everything… I looked at a couple but felt very uncomfortable and deleted them… When I crossed the line it took me over- this desire to just see everything. It made me feel kind of queasy." He indicated that his sexual arousal was to pubescent age females and used those images for masturbatory stimulation. When he looked at the younger children, he felt flushes of shame: "I was still experiencing it as this scary forbidden stuff. I was not conscious of sexual excitement of the younger ones."

I asked Mr. Jones about the distribution charge he is facing concerning the videos that were uploaded to Youtube. Essentially, he confirmed the information that was documented in the police reports.

I asked Mr. Jones about the 17 year-old girl that he met with in England. Again, confirmed the information that was documented in the police reports.

**COGNITIVE FUNCTIONING**
Mr. Jones was administered the Cognistat, a neurobehavioral cognitive status examination, in an effort to assess his basic cognitive capacities in all of the major cognitive domains.  The results are listed below:

**COGNISTAT COGNITIVE STATUS PROFILE**

| | |
|---|---|
| **LEVEL OF CONSCIOUSNESS:** | **Alert** |
| **ORIENTATION:** | **Within Average Range** |
| **ATTENTION:** | **Within Average Range** |
| **LANGUAGE:  Comprehension:** | **Within Average Range** |
| **Repetition:** | **Within Average Range** |
| **Naming:** | **Within Average Range** |
| **CONSTRUCTIONAL ABILITY:** | **Within Average Range** |
| **MEMORY:** | **Within Average Range** |
| **CALCULATIONS:** | **Within Average Range** |
| **REASONING:    Similarities:** | **Within Average Range** |
| **Judgment:** | **Within Average Range** |

Mr. Jones's performance on the Cognistat indicates that his cognitive capacities are intact and are not likely to be interfering with his ability to carry out tasks of daily living.

**BEHAVIORAL AND EMOTIONAL FUNCTIONING**
The current evaluation reveals Mr. Jones to be a moderately anxious and depressed man who, despite being an accomplished author, has a significantly ill-formed sense of himself marked by feelings of low-self worth. He has spent a significant portion of his life seeking other's approval and, at times, this has led to his becoming involved in a vicious cycle in which he seeks out affairs for validation only to feel shame and more depression. At other times, he exhibits compulsive behaviors in an effort to bind his

anxiety. This was the case at the time of the controlling offense when he compulsively viewed and downloaded pornography, a significant portion of which was child pornography.

On the positive side, all of the available data indicates that Mr. Jones is not afflicted with anti-social traits in his character structure, and that his behavior during the controlling offense was anomalous. Overall, he is a man who conforms to social norms, does not break the law, and empathizes with others.  Notably, when viewing the child pornography he felt significant shame and, in the aftermath, he continues to feel great embarrassment and shame related to his behavior. Beyond the behavior documented in the police reports above, there are no other examples of behaviors in Mr. Jones' life that indicate he is a person prone to behave in a manner that is harmful to others.

Given the fact that Mr. Jones is currently charged with possession of child pornography, I considered the possibility that he may be afflicted with a Pedophilic Disorder.

Regarding the diagnosis of Pedophilic Disorder, it should be noted that the *Diagnostic and Statistical Manual of Mental Disorders - Fifth Edition* ("DSM-5") describes the diagnostic criteria for this disorder as follows:

> A. Over a period of at least 6 months, recurrent, intense sexually-arousing fantasies, sexual urges, or behaviors involving sexual activity with a prepubescent child or children (generally age 13 years or younger).

> B. The individual has acted on these sexual urges, or the sexual urges or fantasies cause marked distress or interpersonal difficulty.

> C. The individual is at least age 16 years and at least 5 years older than the child or children in Criterion A.

It is my opinion that Mr. Jones does not meet the diagnostic criteria for Pedophilic Disorder. His self-stated attraction for minors is related to pubescent and post pubescent females. To be sure, there were images of prepubescent females in the pornography that was confiscated and Mr. Jones acknowledged that he downloaded some of those images. However, he also noted that they came in "massive" folders and that when he viewed them, he deleted them shortly thereafter. He indicated that he was not sexually aroused by them and did not use them for masturbatory purposes. Based upon this information, he does not meet the diagnostic criteria for Pedophilic Disorder.

**RISK ASSESSMENT**

Research addressing recidivism amongst child pornography offenders suggests that most individuals who are caught in possession of child pornography are not likely to commit further child pornography crimes and are even less likely to commit a future hands on sex offense. In a recent, comprehensive meta-analysis of child pornography offenders (N = 2,630),[1] it was found that in follow up periods ranging from 1.5 to 6 years, only 3.4 % of child pornography offenders committed another child pornography offense. It was also found that 2% committed a contact sexual offense. In another study from 2012, the United States Sentencing Commission found that, in an average follow up time of 8 ½ years, only, 3.6 % of individuals who had been convicted and sanctioned for a federal, child pornography crime were rearrested or convicted for a hands on sex offense, and 2.3 % were convicted of a subsequent child pornography offense.[2]

In addition to the low recidivism rates found in individuals who have been charged and/or convicted of child pornography crimes and not other sex crimes, research suggests that these individuals differ fundamentally from hands on sex offenders and mixed (both child pornography and hands on sex offenses) offenders. Not only are their recidivism rates significantly lower than the later two groups, but their psychological profiles differ significantly. In a recent meta-analysis comparing psychological characteristic of on-line versus offline sex offender, it was found that child pornography only offenders possessed greater victim empathy, less cognitive distortions, and more psychological barriers to sex offending than their hands-on sex offender counterparts[3]. Not surprisingly, the hands on sex- offenders were found to possess more antisocial traits.

Given these findings, it is my job as a risk evaluator to try to determine whether the individual I am assessing is likely to be one of the very few, 2 to 3 % of individuals that go on to commit another sex offense, and whether or not that offense is likely to be a hands on sex offense.

Given the relatively recent escalation of child pornography crimes, actuarial measures designed to specifically assess recidivism in child pornography offenders are very new and, to date, none have been cross-validated. Therefore, my current risk assessment approach utilizes the Static 99-R[4], a measure that was designed for hands on sex offenders, as well as an analysis of the individual items that constitute the Child Pornography Offender Risk Tool ("CPORT").[5] All of the items on this scale have been

---

[1] **Contact Sexual Offending by Men With Online Sexual Offenses**
**Michael C. Seto, R. Karl Hanson and Kelly M. Babchishin** *Sex Abuse* **2011 23: 124**
[2] **United States Sentencing Commission Special Report to Congress, 2012, Chapter 11 p. 293-310**
[3] **Online Child Pornography Offenders are Different: A Meta-analysis of the Characteristics of Online and Offline Sex Offenders Against Children**
**Kelly Babchishin, R.K. Hanson, Heather VanZuylen** *Archives of Sexual Behavior* **March 2014**
[4] **What Sexual Recidivism Rates Are Associated with Static-99R and Static-2000R Scores?**
**R. Karl Hanson, David Thornton, Leslie-Maaike Helmus & Kelly M. Babchishin**
**Sexual Abuse: A Journal of Research and Treatment, 15-JAN-2015**
[5] **Predicting Recidivism Among Adult Male Child Pornography Offenders: Development of the Child Pornography Offender Risk Tool (CPORT)**

---

**CONFIDENTIAL REPORT OF PSYCHOLOGICAL EVALUATION**
**Gerard Jones**
**Case # 17 CR-0070**
**11/03/2017**

found to be significantly correlated to sexual recidivism in child pornography offenders. Finally, I examine multiple dynamic risk factors that have been found to be significantly correlated to sexual recidivism in all types of sex offenders.[6]

Mr. Jones was scored on the Static-99-R, a more recent version of the Static-99 that has attempted to account for age related differences with respect to sexual recidivism in a more comprehensive manner than the Static-99.

On the Static-99R, Mr. Jones received a score of "-2". Specifically, he received the following scores:

| | | |
|---|---|---|
| Age at Release | (60 and above) | -3 |
| Ever Lived with Lover for 2+ Years | | 0 |
| Index Non-Sexual Violence Convictions | | 0 |
| Prior Non-Sexual Violence Convictions | | 0 |
| Prior Sex Offenses | | 0 |
| Prior Sentencing Dates (3 or Less) | | 0 |
| Non-Contact Sex Offense Convictions | | 1 |
| Unrelated Victim | | 0 |
| Stranger Victim | | 0 |
| Male Victim | | 0 |

Notably, I am scoring a "1" on the non-contact sex offense conviction item in anticipation of his upcoming conviction even though, technically, he has not been convicted of this crime yet.

On the Static-99-R, individuals with scores of "-2" reoffended at a rate of 1.3% after five years.

In addition to the Static-99-R, the following empirically derived dynamic risk factors were also considered. A dynamic risk factor is a risk factor that can change over time, particularly with treatment. These risk factors have been found to be related to sexual recidivism in empirical research in this field. A brief summary of the role of risk factors in Mr. Jones's case will be provided after the list of the specific risk factors.

### *Stable Dynamic Risk Factors*

---

Michael C. Seto, Angela W. Elke *Law and Human Behavior* 2015, Vol. 39. No. 4 416-429

[6] Hanson, R. K., Morton-Bourgon, K., & Canada. (2004). Predictors of sexual recidivism: An updated meta-analysis. Ottawa: Public Safety and Emergency Preparedness Canada.

**CONFIDENTIAL REPORT OF PSYCHOLOGICAL EVALUATION**
**Gerard Jones**
**Case # 17 CR-0070**
**11/03/2017**

- Intimacy Deficits
  -Lovers/intimate partners- **(ABSENT)**
  -Emotional identification with children- **(ABSENT)**
  -Lack of concern for others- **(ABSENT)**
  -Hostility towards women- **(ABSENT)**
  -Social rejection loneliness- **(ABSENT)**

Intimacy deficits are evaluated by examining the above five components that represent potential problem areas for sex offenders. In assessing intimacy capabilities, the crucial factor to be considered in terms of someone's previous relationships has to do with whether a person is disposed to becoming involved in an intimate relationship that is nurturing, both sexually and emotionally; one that would provide them with some sort of containment that might inhibit their paraphilic impulses.

- Sexual Self-Regulation
  -Sex as coping- **(ABSENT)**
  -Deviant sexual interests- **(MILDLY PRESENT (pubescent females)**
  -Sexual preoccupation- **(PRESENT)**

Individuals whose sexual impulses are poorly controlled are at greater risk for sexual reoffense. Sexual self-regulation is divided into three components: a) sex drive/preoccupation, b) deviant sexual interests, and c) sex as coping. Sexual preoccupation focuses on the recurrent sexual thoughts and behaviors that are not directed at a current romantic partner.

- Lack of Cooperation with supervision- **(ABSENT)**

An offender's lack of cooperation with supervision is related to an increased risk for sexual reoffense.

- General self-regulation
  -Impulsive acts- **(ABSENT)**
  -Negative emotionality and hostility- **(ABSENT)**

The component of general self-regulation is assessed by examining the individual's impulsivity, poor cognitive problem solving, and negative emotionality and hostility.

**Summary of Dynamic Risk Factors.** Overall, Mr. Jones's behavioral and psychological profile does not reveal significantly aggravating factors related to sexual reoffense. He has been involved in one, long-term relationship throughout

his adult life and while this relationship has had ups and downs and he has had affairs in the relationship, his overall ability to develop and maintain a satisfying and meaningful intimate relationship with adult partners is very good. Additionally, his self-regulatory capacities are intact and he has proven during his recent pretrial supervision that he is able to comply with community supervision. The two dynamic risk factors present are Mr. Jones' self-stated attraction to pubescent females and his proclivity to become sexually preoccupied when he is under stress. Notably, research demonstrates that sexual attraction to pubescent adolescents is not uncommon. Obviously acting upon this attraction does represent deviant behavior. These factors, in and of themselves, are not significantly aggravating with respect to his risk for sexual reoffense.

**The Child Pornography Offender Risk Tool ("CPORT").** The following items comprise the CPORT and have been linked to sexual reoffense in child pornography offenders.

1. Age less than 35 at time of index offense  (No)
2. Any prior criminal history (No)
3. Indication of sexual interests in child pornography or prepubescent children (Yes)
4. Any contact sexual offense history (No)
5. Any conditional release failure (No)
6. Boy greater than girl content in child pornography seized (No)
7. Boy greater than girl content in other child depictions (No)

A review of Mr. Jones' CPORT score reveals only one variable associated with sexual reoffense. His score of "1" is considered low and indicative of a person that is not at high risk for reoffense.

**OPINION**
Mr. Jones is a 60 year-old man who is at extremely low risk for committing another child pornography crime, and at even lower risk for committing a hands on sex crime. As discussed above, a comprehensive risk assessment reveals very little that might otherwise suggest he will commit another sex offense of any kind. Beyond his behavior during the controlling offense, he is a prosocial man who has been gainfully employed and has been in one marriage throughout all of his adult life. He has no criminal history and there is no indication that he has engaged in unlawful behavior beyond the controlling offense.

Mr. Jones's behavior at the time of the controlling offense was aberrant and not indicative of any deep underlying trend in his sexual make-up. His foray into child pornography was situationally driven and not part and parcel of a pedophilic disorder. While this is no way excuses what he did, it is important to contextualize the behavior in an effort to understand it as well as to develop an appropriate treatment response. In this regard, Mr. Jones hit a very stressful time in his occupational life and was sexually

---

**CONFIDENTIAL REPORT OF PSYCHOLOGICAL EVALUATION**
**Gerard Jones**
**Case # 17 CR-0070**
**11/03/2017**

estranged from his wife. He turned to Ritalin to help with his work product which, in turn, heightened his sexual impulsivity. Notably, Ritalin is an amphetamine and the relationship between amphetamines and hyper-sexuality has been well established in the research. [78] Ultimately, he began viewing pornography and masturbating compulsively in an effort to bind the anxiety caused in other parts of his life. Some of this pornography was child pornography and during a period of months, this pornography became his primary preoccupation. It is unlikely that he would have lacked the self-restraint to not engage in this behavior had he not been taking stimulants and facing the aforementioned life pressures.

As discussed above, Mr. Jones is currently involved in both group therapy and individual therapy, both of which are designed to help him understand his behavior at the time of the controlling offense with the ultimate goal of making sure that he does not repeat this behavior. It is my opinion that he should continue this treatment for a minimum of one more year. It is also my opinion that he can be safely and effectively treated in a community setting. In this regard, his risk for future offending is very low and it will be lowered by continued sex offender treatment. In this regard, research demonstrates reduced risk for sexual reoffense for those individuals who complete sex offender treatment. Finally, there is little to no chance that he would not comply with the conditions of a community release plan. He does not, in turn, represent a danger to the community.

Respectfully Submitted.

*Jeremy Coles Ph.D*

Jeremy Coles, Ph.D.

---

[7] **Bilgic, Ayhan & Gurkan, Kagan & Türkoğlu, Serhat. (2007). Excessive masturbation and hypersexual behavior associated with methylphenidate (Ritalin). Journal of the American Academy of Child and Adolescent Psychiatry. 2007:  789-90.**
[8] **Blum K, Badgaiyan RD, Gold MS. Hypersexuality Addiction and Withdrawal: Phenomenology, Neurogenetics and Epigenetics. Muacevic A, Adler JR, eds. . 2015;7(10)**

# EXHIBIT C



# St. Gregory of Nyssa Episcopal Church

**500 De Haro Street San Francisco, California 94107**

Paul Fromberg
Rector

Kerri Meyer
Associate Lay
Minister

Devin Rogers
Curate

Sanford Dole
Music Director

Sherri Lynn Wood
Parish Administrator

Kelsey Menehan &
Susan Sutton
Co-convenors

Gregory Curatolo
Membership
Commissioner

Joseph Bolling
Secretary

Amy Baker
Finance
Commissioner

Burton Edwards
Sacred Space
Commissioner

Randy Bowman
Learning
Commissioner

Leesy Taggart
Treasurer

(415) 255-8100
office@saintgregorys.org
www.saintgregorys.org

March 16, 2018

Dear Mr. Chazin:

I understand that Gerard Jones is pleading guilty to child pornography charges. Nonetheless, I write in support of his desire to remain in the community.

I have known Gerry for more than a year. Since coming to St. Gregory's, he has been faithful in attendance and eager to participate in some of the many different ministries we sponsor. Gerry is a valued member of our congregation. I know him to be conscientious in attendance, and eager to participate in our ministries of service to the community. Gerry volunteers every Friday, from 8:00 AM – 4:00 PM, at our Food Pantry, helping to give groceries to over 400 people who come through our doors. He has good relationships with the other volunteers who come and help. He is reliable, sensible, courteous and kind-hearted. His contributions to our Food Pantry are very helpful to our work. In addition, we have asked Gerry to serve as a volunteer in our upcoming Holy Week and Easter services.

I look forward to many more years of Gerry being a member of our church, and a productive contributor to our services and ministries in the City of San Francisco. If I can be of any further assistance, do not hesitate to contact me by mail, or call me at 415-794-4499 or send email to paul@paulfromberg.com.

With my kind regards,

The Rev. Dr. Paul D. Fromberg
Rector

# EXHIBIT D



## ST. JAMES EPISCOPAL CHURCH

*A joyful, inclusive community*

March 10, 2017

To Whom It May Concern:

I am writing this letter in support of Gerard Jones, who is currently facing felony charges.

As a priest of the Episcopal Church since 2002, I have had occasion to work with hundreds of people recovering from addictions of various kinds.  During the past six months, Gerry has sought spiritual counsel from me as part of his recovery from sexual addiction.

In my judgment, Gerry is absolutely committed to working a program of recovery and amending his life.  He is actively searching for a Christian community to support his spiritual growth, as well actively participating in the fellowship of a 12-step program focused on sexual addiction.   He is a person of good character and I do not believe him to be a danger to others.

I believe this information is relevant, and urge consideration of the above in relationship to Gerry's case.   I will continue to support Gerry as he takes responsibility for his life and recovery with God's help and that of others.

Sincerely,

The Rev. John L. Kirkley
Rector

ST. JAMES EPISCOPAL CHURCH
4620 California St.  San Francisco, CA 94118
(415) 751-1198   stjames@stjamessf.org
www.stjamessf.org

# EXHIBIT E

**Dale R. Walker**
**199 N Harvard St., N411**
**Allston, MA 02134**
**dale@dalewalker.com**
**415-663-6060**

Mr. Seth Chazin
1604 Solano Ave.
Albany, CA 94707

Dear Mr. Chazin,

I am a long time resident of the Bay Area, and since 2002 a San Francisco city resident. I'm a retired financial services executive, having worked at Citibank, Wells Fargo and a number of other large financial services institutions. I have been President of five companies across the years, last serving as President of Digital Insight Corp, a publicly traded company. I am currently retired, serving on the Boards of Pacific Vision Foundation, the Graduate Theological Union, and Beneficial State Bank. All of these can be considered social impact ventures, as they are all devoted to social, environmental, and economic justice, in different areas of work. I am a member of St. John's Presbyterian Church in San Francisco, and I am currently temporarily residing in the Cambridge area as a Fellow in the 2017 Harvard Advanced Leadership Institute. I have two lovely daughters and five grandchildren, all living in the Bay Area.

I am writing on behalf of Mr. Gerard Jones. I am aware of the criminal charges he is facing. I have known Mr. Jones since 2004, when we were members of the same spiritual program. For years he was an anchor of our Men's Meetings, which were of service to many men. We have continued to be close friends ever since, speaking often and honestly about our lives. I have always known Mr. Jones to be an individual of the highest integrity and personal responsibility. When he has fallen short of his own standards, I have seen him apply himself fully to working on his issues both spiritually and psychologically. From our recent conversations, I know that he is facing his past actions squarely and doing all he can to improve himself and make amends.

Mr. Jones has always shown a great consideration for others. I have never seen anything to make me feel that he might ever cause harm to anyone, adult or child. On the contrary, I have only seen him go out of his way to be of service to others through his recovery program, his work as a writer and teacher, his church and his family. I am proud to number him among my friends and believe he is a true asset to our society.

Sincerely,

Dale R. Walker

# EXHIBIT F

March 9, 2017

To Whom It May Concern:

I am writing this letter with the hope that it will provide a more accurate picture of Gerard Jones's character.

My name is Aren Haun.  I work as a playwriting teacher at the Ruth Asawa School of the Arts in San Francisco.  I have known Gerard for nearly a year and a half as both a fellow member of a recovery program for addiction and a friend.

In the time I have known Gerard, I have found him to be nothing other than kind, honest, and generous.  When I first met him, he was one of the first people to offer help to both me and my wife.  In my experience, he has always been a patient, thoughtful, intelligent, and selfless person.

When Gerard was first arrested, I was traveling, but when I returned he was upfront and entirely honest about the charges pending against him.  He has spoken openly, on many occassions, about his upbringing and personal history.  He has always spoken about himself and his life with completely candor.

Above all, it is my opinion that Gerard is absolutely committed to his own recovery and to helping others become free of addiction.  As a fellow writer, he and I have much in common, and I can see clearly that his primary aim is to give back to the community at large.

I offer my highest level of support and recommendation to Gerard's character and hope that it will be taken into account.

Sincerely,

Aren Haun
(646) 549-9464
arenhaun@gmail.com

# EXHIBIT G

Peter R. Escobar
2915 Fleetwood Drive
San Bruno, CA 94066


October 20, 2017


Seth Chazin
1604 Solano Ave.
Albany, CA 94707


Dear Mr. Chazin,

I am aware of the criminal charges Gerard Jones is facing and am writing this letter to vouch for him.

I am a combat veteran having spent nine years in the United States Air Force, including one tour in Saudi Arabia and Kuwait during Operation Desert Storm. I was honorably discharged and went on to pursue a career in the Federal Aviation Administration where I have worked as either an Air Traffic Controller or Air Traffic Supervisor for the past 20 years. For 10 years we have been parishioners at the Church of the Highlands where we have done much volunteer work. My wife and I have lived in the Bay Area for nearly 25 years, which is where I grew up. We have a 14-year-old son who is doing great in high school.

I have been fortunate to have Gerard as my sponsor in Sex Addicts Anonymous since June of this year. I have known him well, however, since 2012 when he began sponsoring me in another 12-Step recovery program. He has always worked a hard, dedicated program and has been a model to me in my own recovery. Now I see him bringing that same dedication to recovery and service in SAA. I see him attacking his addiction head-on, really owning his past behaviors, and working to become a better person.

Over the years, Gerard has often advised me on parenting. He is clearly a devoted father who truly cares about young people. Nothing I have ever seen or heard (including his current charges) has made me think that he could ever be a threat to children--or anyone in the community. I would never hesitate to allow him to spend time with my child.

Gerard and I have also shared our spiritual journeys. I have been with him as he has gone through a genuine spiritual shift over the past several months. I am honored to be one of the people sponsoring him at his upcoming baptism at St. Gregory's Church. He is a great asset to SAA meetings due to the honesty of his shares and his generosity in giving service. I have accompanied him to his community-service work at the San Francisco Food Pantry and know that his commitment to it is sincere. There is no question that he will go to any lengths to be a positive presence in the world.

Sincerely,

Peter R. Escobar

# EXHIBIT H

Tim Pauly
1175 Alpine Way
Colfax, CA 95713

February 22, 2017

To Whom It May Concern:

My name is Tim Pauly, a good friend of Gerard Jones. I'm a 20 year San Francisco
resident who recently moved to the Sierra foothills. While living in San Francisco, I had
careers in international education, hospice care, and real estate development
(co-working buildings). I'm currently helping a good friend manage his organic vegetable
farm. I'm a college graduate with degrees from both American and French institutions. I
volunteer at the local chapter of PFLAG and also help caretake two young children.

I've known Gerard for about 6 years and consider him a close friend. He and I are in
touch at least once a week, previously in person and, since my move, by phone.
Gerard is someone I turn to for support and to whom I offer support. We met in an
addiction recovery group: a group where high value is placed on honesty and
vulnerability. During my time being friends with Gerard, I've been impressed at the
degree to which he embodies these values and the concept of 'recovery". Over time,
I've experienced his growth as a person: in friendship, in his marriage, and in his
support for others who are doing the same work. He's a valuable member of the
recovery community and a true friend.

Sincerely,

Tim Pauly

# EXHIBIT I

Tom Leugers
300 Beale St. #303
San Francisco, CA 94105
415-218-8944

January 14, 2017

To whom it may concern,

I live in San Francisco with my wife and 2 year old son. I spent 15 years working for Sun Microsystems as a sales manager. Since leaving Sun I founded two successful businesses which are Bridge Applications (technology consulting firm) and 3G Restaurants (built and managed two restaurants in Sonoma County).

I've known Gerard Jones since 2010. We met at a meeting we regularly attend that is focused on developing healthy relationships. Seeing one another pretty much on a weekly basis for that period of time has given me the opportunity to learn quite a bit about him and his character. In the meetings we share our challenges and successes not only in our relationships but our overall lives.

I've seen Gerry's efforts to improve not only his relationship but his overall well being. He has really shown up to put in hard work on his personal development. I've been impressed with the growth I've seen and he has taught me quite a bit during that time as well. I've definitely taken things he's suggested worked for him and applied them to myself in my desire for self improvement. He consistently helps new people that attend the meetings through his experience. He's an integral piece of the group and it would be lacking without his participation.

To be very clear I have never, ever heard Gerry speak or act in an inappropriate manner with or about children. I would feel extremely comfortable having my own young child with him at any time.

Sincerely,

Tom Leugers

# EXHIBIT J

Will Jacobs
3229 Clement Ave
Stockton, CA 95204
(209) 943-2035

1/19/2017

To whom it may concern,

I have been a published author since 1983. I have written for the National Lampoon, DC
Comics, and the movie industry. I have owned and operated a book store (Avalon Books)
since 1992 and am the co-owner of a small publisher, Atomic Drop Press. I have been
married for 27 years and have two grown sons.

I have been a close friend and professional partner of Gerard Jones since 1978. We have
written four published books together, two screenplays, a graphic novel series that ran for
six years, and worked closely together on the aforementioned Atomic Drop Press. We've
gotten to know each other's families, gone on camping trips together, and stayed
overnight at each other's homes too many times to count.

In the nearly 40 years of our friendship I've never known him to be anything but a person
of integrity and decency. He's quick to own up to his mistakes and strive to be a better
person. He's the most even-tempered person I've ever known. He's intelligent, funny,
and the best of company.

I have never in all those years heard Gerry say anything off-color or lewd about a minor.
I have never seen him look salaciously at one. Had he done so our friendship would not
have lasted a week, let alone four decades. In my opinion he's been an excellent father to
his only son. When my boys were growing up, I never hesitated to leave them alone with
him. Nor would I hesitate to leave him alone with my five year-old grandson today.

Sincerely,

Will Jacobs

# EXHIBIT K

February 26, 2017
The Grotto
490 Second Street
Suite 200
San Francisco, CA 94107

To Whom it May Concern,

I am an author of four books., and a longtime member of the San Francisco Writers' Grotto. I was also a firefighter here in San Francisco for many years. I'm writing on behalf of Gerry Jones, who has been a colleague of mine since 2005.

I know Gerry to be a guy who always has a good word to say to people around him. He and I were part of a writing group within the Grotto, where we regularly hashed out our writing challenges, our personal roadblocks, and our hopes and dreams. Gerry was a good listener and a generous participant. While I am a successful writer, I shed my tears, as artists do, during setbacks, and more than once Gerry stopped me in the hall to inquire how things were going. He made me feel comfortable and accepted, and never embarrassed. I'm well aware of the charges against Gerry and I have never seen any inappropriate behavior toward children. I think of Gerry fondly and with respect to this day.

Caroline Paul

# EXHIBIT L

March 7, 2017

To whom it may concern:

I'm a writer and longtime member of the San Francisco Writers' Grotto, where I came to know Gerard Jones. As long as I've known him he's been a supportive and friendly presence, gracious with newcomers and humble about whatever writing challenge he was currently facing.

Over the years I heard him speak with great devotion about his son. I always appreciated how conscientiously he spoke about parenting. I got the sense his students at the Grotto benefitted from a similar level of thoughtfulness.

Sincerely,

Chris Colin

# EXHIBIT M

# *C H R I S T O P H E R  D.  C O O K*

**Author, Award-Winning Journalist and Consultant    ·    www.christopherdcook.com**

**To whom it may concern:**

**I am writing to offer my personal testimony and experience with Gerry (Gerard) Jones, whom I have known for several years as a fellow writer and author in the San Francisco Writers' Grotto community.  I understand he is facing serious charges, and while I cannot speak to those, I want to offer my support for Gerry as a person I have always experienced to be of fine upstanding character, and great integrity.  In my experience, I have never known or suspected Gerry of any inappropriate activity of any kind toward children, or toward others for that matter.  All I can add is that, as a fellow author and writer and member of the San Francisco writing community, I have long known Gerry as a person of significant integrity, social grace and generosity, and kindness, and have never witnessed or suspected anything inappropriate coming from him, in any context.**

**I appreciate the opportunity to offer my support for Gerry's character, and thank you for your consideration.**

**While I'm unable to sign this letter as I type it on my computer, I verify that I'm writing this of my own free volition on March 9, 2017, 7:40 pm PST.**

**Sincerely,**

**Christopher D. Cook**
**415-504-0325**
**Christopher-d-cook@hotmail.com**

**The Writers' Grotto · 490 2nd St., Suite 200 · San Francisco, CA 94107**

# EXHIBIT N

**Elizabeth Bernstein**
**39 Cable Roadway**
**Sausalito, CA 94965**

March 7, 2017

To Whom It May Concern:

I am a fiction writer and freelance book editor who has lived in the Bay Area my whole life. Gerard Jones and I joined the San Francisco Writers' Grotto at the same time nearly a decade ago. The Grotto is a collective where professional writers rent office space and are part of a community. We have lunch together in the lunchroom, teach classes at night, host events, and generally support each other in our writing careers. In addition to being Gerry's colleague at the Grotto, I shared an office with him there for several years.

In all our time together, I have known Gerry to be a kind, generous, loyal, trustworthy and non-judgmental friend. He was always available to lend an ear when I had a problem or concern. He was genuinely interested and never too busy to try to help.

Once, we had an organizational consultant come to the Grotto and run a seminar on productivity, and Gerry and I both participated. After that class, a group of about 10 of us continued to meet for many months to rally and support each other in our careers. We also broke into pairs, and Gerry and I were what we called "Accoutabilibuddies" – partners who met weekly in person or by phone who cheered each other on and helped each other sort through road blocks. Again, Gerry's support was always unwavering.

I have also had many conversations with Gerry about his son and I know how much he cherishes and takes seriously his parental responsibility.

I am aware that he is before you now facing very serious charges. There are few people I would stand behind without hesitation, through any hardship in life. Gerard Jones is one of them. Today, as always, I'm proud to call Gerard Jones my friend.

Sincerely,

Elizabeth Bernstein

# EXHIBIT O

# ETHAN WATTERS

January 15, 2017

To whom it may concern:

My name is Ethan Watters and I'm one of the founders of the San Francisco Writers' Grotto, a shared workspace for journalists, fiction writers and storytellers. For several years Gerry Jones was a valued and cherished member of our community. He participated and added to group events and was a respected and sought after teacher. We have never had a complaint from any of his students as to the appropriateness of his behavior.

I understand the serious legal circumstances that have brought Gerry before you. I know him personally as a friend and fine community member. I know him also as an excellent teacher and as a father deeply concerned with the educational difficulties of his son. His reputation as a friend and a colleague among the over 100 members of the Grotto was excellent.

Sincerely,

490 SECOND STREET, # 200 SAN FRANCISCO, CA 415-515-5506 ETHANWI@MINDSPRING.COM

# EXHIBIT P

**James Hudnall**
4424 44th Street, #148, San Diego, CA 92115
619-940-9404  james.hudnall@gmail.com



1/26/2017

To whom it may concern,

My name is James Hudnall, and I have been a professional writer and software developer for over three decades. I have known Gerard Jones since the late 1980s. Approximately 30 years. We met each other through the fact that we both lived in the Bay Area at that time and worked in the comic book business.

We have worked together for two different companies over the years, Viz Communications and Malibu Comics. In all the time I have known Gerry, I have never seen any behavior or attitude that was the least bit salacious or strange. He's never even indicated anything, through his humor or his personal interactions with myself or others, that was in any way out of the ordinary or remotely questionable.

So these charges against him are very surprising in the least. I can only say that in my experience he has always been a good guy. I saw him last year at a convention here in San Diego with his wife. My impression of him hadn't changed.

He is somewhat of a scholar and is working on historical books these days.

Sincerely,

James Hudnall

# EXHIBIT Q

# Badger Breen Real Estate

artistic living since 2004

424 Euclid Ave. Oakland CA 94610 510.444.0247 510.206.6656

To Whom it May Concern,

I met Gerard Jones in the late '80s while working in the comic book field in my 20s. We entered a creative collaboration that lasted over 20 years, producing stories for non-profit organizations as well as major publishers that brought such unusual topics as jazz, gentrification, union organizing and modern art into the field of comics.

Since leaving comics I have worked as a Union organizer for artists, taught web development for over a decade at The Academy of Art San Francisco and own and manage a four-plex in Adams Point, Oakland CA. Over that time our friendship has continued.

During my adult life I have been heavily involved in social justice as an activist, from Central American peace to Single Payer health care and currently am on the steering committee of Rebuild the Hope, a National organization of Obama campaign graduates. Some of the clients I have worked with include Legal Aid in Washington State, the ACLU, charter schools and the Oakland Mural Project. Schools often ask me to talk on drawing comics, meditation and political activism. Many of these projects have included Gerard as a writer.

I have watched as Gerard helped younger artists and writers succeed in the field and become part of the comics community. We've discussed the challenges of teaching as he volunteered at Dave Eggers' 826 Valencia in mentoring and workshops. As we both had young boys, parenting and Thomas the Tank Engine began to dominate our talk. Slowly the problems of negotiating public and private school, kids with challenges of their own became the main topic for many years. Reflecting on all the changes we have been through from medical conditions, parenthood to creating comics I don't think there is any topic we haven't brushed up against.

I've seen Gerard's deep love for his son and family, concern for other children and certainly trust him with my own son easily with no fears at all.

Mark Badger

# EXHIBIT R

404 Koerber Ave.
Akron, OH 44314
330/745-9811
mwb52@aol.com
February 15, 2017

To Whom It May Concern:

I have been a professional writer for almost forty years. Though I have written such novels as Star Trek: Gemini, Majician/51 and Once a Wizard..., I have contributed the majority of my work to the field of comic books where I have created and written such titles as Batman and the Outsiders, The Maze Agency, Mantra and Camelot 3000. (Most of these titles have Wikipedia pages, as do I.) If you saw the 2016 movie Suicide Squad, you saw a character of my creation, the female samurai Katana. (I even have a blink-and-you'll-miss-it credit at the film's very end.) I live in Akron, Ohio, where I have my own house (and the mortgage to prove it).

I have known Gerard Jones since 1990; we first met when collaborating on scripts for DC Comics (the publishers of Superman). In 1992 we were both asked to create new comic book titles and characters and collaborate with other creators on a self-contained publishing super-hero line called the Ultraverse. These titles were all interconnected and required a fair amount of consultation with the other "Founding Fathers" of the Ultraverse, so Gerry and I often spoke over the phone when we couldn't meet in person (in those days I lived in the Los Angeles area).

I have always enjoyed my time spent with Gerry, both on a personal and professional basis. I have been impressed by his integrity, and have enjoyed our seemingly-endless discussions on the history of comics and popular literature. These have led to another mutual interest -- campaigning for benefits for older comic book creators. Many of these early comic book creators have no pensions of any kind, so this service is not only generous, it is necessary. The creators who have finally received additional income in the form of reprint or merchandising payments are very grateful for this service.

Thanks for your attention; please contact me if I can supply any further information.

Sincerely,

Mike W. Barr

# EXHIBIT S

February 9, 2017

To Whom It May Concern:

It is my distinct pleasure to write a character reference letter for Gerard (Gerry) Jones. I have known Gerry for more than 5 years and am incredibly proud to call Gerry a beloved friend.

I have worked in program management for more than 15 years, mainly with programs that provide support to young children, parents and families. My focus and success have been to provide quality direct services, facilitate community building, acquire grant funding, and develop and implement efficiency systems that assist in streamlining program capacity. I am currently the Bay Area Program Director for Sunny Days, an early intervention agency that provides home-based therapy to children birth to three who have a developmental delay and/or disability.

I have lived in the Bay Area for six years, having met Gerry shortly after I relocated from Southern California. Gerry has become a dear friend who has provided me with a strong sense of personal grounding and loads of generous support during the tenure of our friendship. Our friendship has journeyed through quite a few life changes, including a life-altering break-up I experienced back in 2011, Gerry and his wife selling their house of more than 20 years, my wedding, and much more. My friendship with Gerry has mostly focused on supporting each other through maintaining healthy relationships, both friendships and romantic relationships. I find Gerry to be endlessly introspective, humble and wise, and I appreciate his goal and ability to continuously strive towards being a better human and partner.

It is without question that I would recommend Gerry as one of my most cherished friends, someone with impeccable integrity and an unwavering moral compass. Please feel free to contact me if you have any questions.

Sincerely,

Arielle Rosen
5223 Market Street, Unit B
Oakland, CA 94608
818-384-9146
ariellerosen@gmail.com

# EXHIBIT T

Dale R. Walker
2203 Broderick Street
San Francisco, CA 94115
dale@dalewalker.com
415-663-6060
January 20, 2018

Mr. Seth Chazin
1604 Solano Ave.
Albany, CA 94707

Dear Mr. Chazin,

I am writing to encourage whatever will expedite the completion and publication of Gerard Jones' book, *Nation of Faith and Flesh: The Moral War that Shaped America*. I understand the work has been held up by legal procedures surrounding the criminal charges Mr. Jones is facing, of which I am well aware.

As I currently serve on the boards of the Graduate Theological Union, the Pacific Vision Foundation and the Beneficial State Bank, I have a strong interest in social-impact ventures. Although my background is in finance, I have recently turned my career toward advocacy of social and economic justice. I hold a Masters Degree in Globalization and Development from the University of London, School of Oriental and African Studies, and have just completed a Fellowship in the 2017 Harvard Advanced Leadership Institute. My writing has appeared in the *San Francisco Chronicle* and elsewhere.

In light of that, I have been an especially interested reader and advisor on Mr. Jones' book in progress. I have found it to be a highly accessible and eye-opening history of the birth of the social reform movement in America during the early 19th Century. His narrative is especially revealing of, and sympathetic to, the role of churches and religious leaders in promoting universal education, moral improvement, urban reform and racial equality. Mr. Jones' writing is compelling and his research has clearly been exhaustive. I believe this will be an important work of popular history, helping Americans to understand the origins of many of the current struggles to improve our society.

Sincerely,

Dale R. Walker

# EXHIBIT U



## ST. JAMES EPISCOPAL CHURCH
*A joyful, inclusive community*

January 17, 2018

Seth Chazin Law Partners
1604 Solano Ave.
Albany, CA 94707

Dear Mr. Chazin,

I am pleased to have been among the readers and advisers for Gerard Jones' book-in-process, *Nation of Faith and Flesh: The Moral War That Shaped America*, and am writing now to express my hope that circumstances will allow the author to complete it. I am fully aware of the criminal charges he is facing.

As a priest of the Episcopal Church since 2002, as well as a leader in faith-based community organizing, I can say without hesitation that Gerard's book is an important contribution to our understanding of the role of religion in public life.  It is a revelatory look at the origins of America's social-justice and moral-reform movements, primarily in the Christian activism that preceded the Civil War. By weaving realistic but sympathetic—at times even heroic—portraits of the religious leaders who fought to free the slaves and uplift the poor, Gerard gives a human face to both the importance and the difficulties of bringing a spiritual commitment to the improvement of society.

The book is extensively researched and detailed, but it is also written as a lively narrative that should reach a wide audience. I believe it may contribute significantly to understanding the roots of many of our contemporary social conflicts, and offer an important perspective on the positive contribution that religion can make in society. I'm very much looking forward to being able to read it in full.

Sincerely,

The Rev. John L. Kirkley
Rector

**ST. JAMES EPISCOPAL CHURCH**
4620 California St.  San Francisco, CA 94118
(415) 751-1198   stjames@stjamessf.org
www.stjamessf.org

# EXHIBIT V

## FRANK LOVECE
### 301 Cathedral Parkway, #3G
### New York, NY 10026
### (646) 242-6361

Seth N. Chazin Law Offices
1604 Solano Ave.
Albany, CA 94706                                    February 1, 2018

Dear Mr. Chazin:

My name is Frank Lovece, and I have been a professional acquaintance of Gerard Jones for some years. Among other things, he was one of the select writing and editing professionals who contributed encomiums to the hardcover book *Stan Lee's 'God Woke,'* which I edited and which won the 2017 *Independent Publisher* Independent Book of the Year Voices Award.

Like Gerry, I am a freelance writer myself -- currently for the newspaper *Newsday* and the magazine *Film Journal*, and in the past for periodicals including the *Los Angeles Times, Entertainment Weekly, TV Guide, Sound & Vision, Redbook, Parents* and many others. As well, I am the author of several books from such legacy publishers as Simon & Schuster, Warner Books and HarperCollins.

The book of which I am proudest is *Lost and Found* (Filipacchi Publishing, 2005), done in conjunction with the National Center for Missing and Exploited Children. For this book, on which I collaborated with the internationally renowned photographer Matthew Jordan Smith, I interviewed nearly two dozen parents of missing -- and in some excruciatingly tragic cases murdered -- children. I also spoke with some children who had survived such kidnappings. And I myself am the parent of two boys. So trust I do not take lightly the allegations against Gerry; trust also I have a visceral understanding of the seriousness and tragedy of exploited children.

In full awareness of this, I express my hope as a writer, as an author, and as a citizen that Gerard Jones be allowed to finish his nonfiction book *Nation of Faith and Flesh: The Moral War That Shaped America*. This is a serious book about the intersection of religion and culture, on which Gerry has worked for years and which -- I strongly note -- is completely unrelated to his charges.

Gerry's past work speaks for it itself; in particular, *Men of Tomorrow: Geeks, Gangsters, and the Birth of the Comic Book* (Basic Books, 2005) was critically acclaimed in such venues as *The New Yorker, Business Week* (now *Bloomberg Businessweek*) and *Kirkus Reviews*. He is a notable and important nonfiction author. I ask that the government please release his *Nation of Faith and Flesh* so that he may continue his livelihood.

Cordially,

Frank Lovece

# EXHIBIT W

Seth Chazin Law Offices
1604 Solano Avenue
Albany, CA 94706

Dear Mr. Chazin,

My name is Dallas Dean. I have lived in San Francisco for the last five years. I am an active member of the California State Bar and San Mateo County Bar Association. I am also an active member of the Church of Jesus Christ of Latter-Day Saints.

I have known Gerard Jones since October, 2017. I first met him at a meeting of Sex Addicts Anonymous, and later saw and heard him speak in multiple meetings at various locations. I was consistently impressed by his sincerity and demeanor in spite of his pending serious legal issues. For these reasons I asked him to work with me as a "sponsor" to help guide me in recovering from my own sexually compulsive behaviors and avoid serious transgressions.

Gerard has been working with me for some months helping me develop a similar sincerity toward sexual sobriety. Specifically, he has been instrumental in helping me prepare for my "First Step" presentation which is scheduled for April 3, 2018. This presentation is a significant part of my recovery, and I sincerely hope he will be there to support me on that day.

I am aware of the serious criminal charges which Gerard is facing, and I trust that justice will be done. I am grateful for our well functioning law enforcement and legal systems which work to protect each of us. I am also grateful for the guidance, dedication, service, genuine concern, and evident sobriety which Gerard consistently brings to our interactions. I am especially grateful for the hope I feel as I aspire to, and work with Gerard toward, a similar serenity and sobriety.

Sincerely,

Dallas E. Dean

1843 9th Avenue, Apt A
San Francisco, CA 94122

# EXHIBIT X

Peter R. Escobar
2915 Fleetwood Drive
San Bruno, CA 94066

March 27, 2018

Dear Mr. Chazin:

I am a combat veteran, having served nine years in the United States Air Force, including a tour of duty in Saudi Arabia and Kuwait during Operation Desert Storm. I was honorably discharged and went on to pursue a career in the Federal Aviation Administration, where I have worked as either an Air Traffic Controller or Air Traffic Supervisor for the past 20 years. For 10 years, my wife and I have been parishioners at the Church of the Highlands where we have done much volunteer work. My wife and I have lived in the Bay Area for nearly 25 years, which is where I grew up. We have a 14-year-old son who is doing very well in high school.

I have been fortunate to have had Gerard Jones as my sponsor in Sex Addicts Anonymous since June of last year. He has always worked a hard, dedicated program and has been a model to me in my own recovery. I see him attacking his addiction head-on, really owning his past behaviors, and working to become a better person. He is a valued member of our community for his honesty about his addictions and his offenses against the law, for his optimism in recovery, and for his generosity to others.

Gerard advises me in many areas of life, including parenting. He is a devoted father and feels an obvious guilt and remorse for having engaged in behaviors harmful to young people. By being of service not only to members of our recovery program but to fathers like myself, he is clearly making amends for his actions.

Gerard and I have also shared our spiritual journeys. I have been with him as he has gone through a genuine spiritual shift over the past year. I was honored to be one of the people supporting him at his baptism at St. Gregory's Church this past November. I have accompanied him to his community-service work at the San Francisco Food Pantry and know that his commitment to it is sincere. There is no question that he will go to any lengths to become a positive presence in the world.

Sincerely,

Peter R. Escobar

# EXHIBIT Y

John Schroeder
1262 12th Ave #3
San Francisco, CA 94122

October 23, 2017

Seth Chazin
1604 Solano Ave
Albany, CA 94707

Dear Mr. Chazin,

I am writing on behalf of Gerard Jones (or Gerry, as I know him), who has been my sponsor in Sex Addicts Anonymous since July. I am aware of the criminal charges he is facing.

Gerry has been a steady, committed sponsor, talking honestly about his own struggles and past mistakes as well as the tools supporting his current sobriety. It's clear to me that he takes full responsibility for his mistakes and is working very hard to make restitution by being of service to others, both in the program and the community. Not only has he been enormously helpful to me in early recovery, but he is a strong presence in the meetings.

I have only known Gerry for a few months, but I've spent hours talking to him and being supported by him. Gerry is both proactive, following up with me when I've had challenges in my recovery, and nurturing, listening deeply to get to know me as a person, and providing a safe and supportive environment for me to deal with what may be the most difficult challenge I've had to face in my life so far. I know Gerry to be an intelligent and caring human being. I have experience in another 12-step program, and I know how challenging it can be to be a sponsor. Gerry makes it look easy, and I cannot imagine finding a better sponsor. I feel truly fortunate that our paths crossed in a meeting this past summer.

I've been a San Francisco resident for 14 years, have a Bachelor of Science in Environmental Engineering from Cornell University, and have worked in the software industry as a project manager and data analyst. I am also an Eagle Scout. I have no criminal record.

Sincerely,

John Schroeder

# EXHIBIT Z

# Mark McMillan

510 Simonds Loop Unit A
San Francisco, CA 94129
415-309-8494
mark_d_mcmillan@me.com

March 27, 2018

Law Offices of Seth P. Chazin
1604 Solano Ave.
Albany, CA 94707

Dear Mr. Chazin,

I have been Gerard Jones' sponsor in Sex Addicts Anonymous for over a year. I am writing to encourage that Gerard be allowed to remain in the community for as long as possible, even though he is pleading guilty to child pornography charges.

Gerard sponsors four other members of SAA, all of whom have attested to the importance of his help in maintaining their sobriety. One of those sponsees will be presenting his First Step at group level, a significant moment for anyone in recovery, on the evening of Monday, April 3. Gerard has been leading him through this step and it is important that he be there to support him.

Gerard has also been a valued speaker at SAA meetings throughout the Bay Area in recent months. The honesty with which he tells his own story is a powerful warning to other addicts who may be in danger of breaking the law, as well as an inspiration for all of us in recovery. He has been asked to speak at the upcoming SAA International Convention, being held in Oakland on May 25-28, where he will be able to tell his story to hundreds of people who need to hear it.

Gerard has been attending at least five SAA meetings per weeks since the beginning of 2017 and holds important service positions at three weekly meetings. Over the past year he has become a valuable member of our recovery community.

As for me, I am 49 years old and hold a masters degree from the University of Virginia. My professional career includes Oracle, Kenexa, and Arthur Andersen, and I have founded and sold my own professional services business. I was formerly a licensed CPA in the State of California and currently hold a Director position at a leading Bay Area retailer. I have been active in Sex Addicts Anonymous for 15 years. Please contact me if you have any questions.

Yours sincerely,

Mark McMillan