# EXHIBIT AA



# SAN FRANCISCO
# FORENSIC INSTITUTE
## *At the Interface of Psychology & Law*

CHARLES A. FLINTON, PH.D.   |   CYNTHIA V. RINKER, MFT
TEL  415  391  7171      FAX  844  506  3322     WWW.SFFI.US

March 26, 2018

Seth Chazin
Law Offices of Seth P. Chazin
1164 Solano Avenue
Albany, CA 94706

RE: Gerard Jones

Dear Mr. Chazin,

Per your request, I am writing a letter outlining Mr. Jones's participation and progress in Sexual Offender Specific treatment. The San Francisco Forensic Institute (SFFI) provides state-of-the-art psychological evaluation, consultation, and expert testimony in criminal and civil cases. Additionally, SFFI offers focused psychotherapy to individuals in the legal system and is a Certified Sex Offender Treatment Program according to the standards set by the California Sex Offender Management Board (CASOMB). SFFI regularly provides pre-trial services to individuals who have been arrested by local and federal jurisdictions and have provided post-conviction treatment for same. Furthermore, I am a Certified Sex Addiction Therapist (CSAT) and have additional training and experience to assess and treat people exhibiting addictive like behaviors that involve sex or sexual material.

Since his arrest, Mr. Jones began participating in weekly individual therapy with me on January 17, 2017 and has only missed sessions due to illness, moving, and travel (less than 4 times). He then began attending weekly group therapy with me on April 5, 2017. In these venues, I have observed him participating effectively, openly, and in a way that demonstrates both intellectual and emotional understanding of his own behavior and the harm he has caused.

Mr. Jones has been an active member of supportive, 12 step type groups in the community (Sex Addicts Anonymous or SAA). In addition to his participation, he also provides "service" in his fellowship activities in church and SAA meetings. Being qualified/eligible to fulfill these roles requires rigorous participation, sobriety, and working the program through the steps. This too demonstrates that Mr. Jones has taken his recovery seriously and is helping others as part of restorative justice and healing.

Lastly, Mr. Jones, as a writer, began toying with the idea of writing a book as part of his healing process. We have consulted about the scope and purpose of the book and I have also referred him to the leading researchers in the field of excess pornography use and child pornography offenders to add credibility rather than it be just a memoir. The goal of this book is to help others so that they understand more clearly what is happening in the age of unfettered access to legal and illegal material. Mr. Jones is clearly dedicated to helping others, accountable to his own behaviors, and is making direct and impactful steps to not only help himself, but to also prevent future victims and help others.

In a more general sense, those who commit child pornography offenses re-offend at a low rate. Research that supports this claim was completed as a meta-analysis by Seto, Hanson, and Babchishin (2014) involving 2,630 child pornography offenders, 2 percent later committed a hands on offense while 3.4 percent recidivated with child pornography.[1] In another study, completed by Faust, Bickert, Renaud, and Camp (2014), based on a sample of 493 child pornography offenders, 1.6% reoffended with child pornography while those with a targeted (or identifiable victim) reoffended at a rate of 3%[2]. This indicates that child pornography offenders typically re-offend at a very low rate.

Still, current research suggests several factors that should be considered that may mitigate or aggravate recidivism risk. These are 1) the offender is young, 2) the offender has never been married, 3) the offender has a low level of education, 4) the offender has a prior criminal history (especially violent or sexual offense), 5) the offender has a history of conditional release failure, 6) the offender has substance use problems, and 7) the offender possesses non-internet child pornography.[3]

In Mr. Jones's case, in terms of factor 1, he is of sufficient age for this factor to mitigate his risk. In terms of factor 2, he has maintained at least one long-term, marital relationship and continues to be in this relationship. In terms of factor 3, he has a bachelor's degree. In terms of factor 4, Mr. Jones has no known prior criminal history. In terms of factor 5, Mr. Jones has never been on probation. In terms of factor 6, Mr. Jones denies a substance abuse problem. In terms of factor 7, Mr. Jones was not found to possess non-internet child pornography. All of the above factors support Mr. Jones being a lower risk than the average recidivist.

It should be noted that during therapy, he made a discovery and a link that his compulsive and excessive internet *pornography* use escalated after being prescribed and began taking Ritalin (a drug commonly prescribed for Attention Deficit Disorder and is a stimulant). Although there are not specific research studies, it is well known that stimulants are known to increase a person's compulsive behavior especially in the beginning stages of use. Mr. Jones has not taken Ritalin since his arrest and states he has had no urges to look at sexual material on the internet. So in terms of factor 6- substances may have influenced his behavior but he was legitimately prescribed this medication and was taking it as prescribed.

While Mr. Jones appears to be at a relatively low risk for re-offense, the reader might note that offenders who successfully complete treatment recidivate at a rate 50% less than those who participate, but do not complete treatment (Marques et al., 2005)[4]. A 2003 study by McGrath, Cumming, Livingston, and Hoke found that over a six-year follow-up, offenders who had "completed" a cognitive behavioral program recidivated less (5.4% overall) than offenders who had "some" treatment, but did not complete the program (30.6% overall)[5].

Mr. Jones was involved in compulsive, almost addictive-like behavior albeit with harmful material. He demonstrated anxious and depressive symptoms such as diminished interest or pleasure in activities that he normally found pleasure in, loss of energy, and excessive work to the detriment of himself. This behavior was likely a way for him to escape into a fantasy world that he would not likely act out in the real world. He denies a

---

[1] Babchishin, K.M., Hanson, H.K., VanZuylen, H. (2014). Online Child Pornography Offenders are Different: A Meta-analysis of the Characteristics of Online and Offline Sex Offenders Against Children. Arch Sex Behav DOI 10.1007/s10508-014-0270-x

[2] Faust E, Bickart W, Renaud C, Camp S. (2014) Child pornography possessors and child contact sex offenders: A multilevel comparison of demographic characteristics and rates of recidivism. Sex Abuse 2014; 27(5): 460-478.

[3] Seto, M. (2012), Prepared for the United States Sentencing Commission Draft dated February 6, 2012//AND// Seto, M. C., & Eke, A. W. (2005). The criminal histories and later offending of child pornography offenders. Sexual Abuse: A Journal of Research and Treatment, 17, 201-210.//and// Wakeling, H. C., Howard, P. D., & Barnett, G. D. (in press). An examination of the predictive validity of the Risk Matrix 2000 with internet offenders. Sexual Abuse: A Journal of Research and Treatment.//And// Faust, E., Renaud, C., & Bickart, W. (2009, October). Predictors of re-offense among a sample of federally convicted child pornography offenders. Paper presented at the 28th Annual Conference of the Association of the Treatment of Sexual Abusers, Dallas, TX.

[4] Hanson, R. F., Resnick, H. S., Saunders, B. E., Kilpatrick, D. G., & Best, C. (1999). Factors related to the reporting of childhood rape. Child Abuse & Neglect, 23, 559-569. Finkelhor, D., Hammer, H., and Sedlak, A.J. (2008). Sexually Assaulted Children: National Estimates and Characteristics. (NCJ 214383) August 2008. OJJDP NISMART Series.

[5] McGrath, R. J., Cumming, G., Livingston, J. A., Hoke, S. E. (2003). Outcome of a treatment program for adult sex offenders: From prison to community. Journal of Interpersonal Violence, 18, 3-17.

sexual interest in children and has demonstrated long-term relationships with women. Mr. Jones has had one other questionable relationship with a 17 year-old named Rachel. This occurred in the United Kingdom where the age of consent is 16 and that relationship seems by all other measures consensual. Mr. Jones has questioned his interest and behavior in this regard as part of the therapeutic process. It should be noted that being attracted to post-pubescent teenagers is normative but acting on it when the age of consent is not reached is illegal. In other words, this relationship should not necessarily aggravate his risk.

Mr. Jones presents as an exceptional candidate to successfully complete treatment and has a good prognosis given his work thus far. In short, I believe that with proper treatment, Mr. Jones will further lower his risk of re-offense. He is clearly doing hard work in the name of himself, victims, and others that may end up in similar situations. Continuing with this path of treatment and service to others uninterrupted would benefit him as long as possible prior to entering custody and returning to the community as soon as he is able.

Thank you,

*Cynthia V. Rinker, LMFT*

Cynthia Rinker, Administrative Director
Licensed MFT (MFC 37,017)
Certified Sex Offender Treatment Provider
Certified Sex Addiction Therapist (CSAT)