# EXHIBIT BB

6114 LaSalle Drive #587
Oakland, CA 94611
Phone: 510-339-6733
Fax: 866-384-3537
jeremycolesphd@yahoo.com

# Jeremy Coles, Ph.D. – Licensed Clinical & Forensic Psychologist

**Education**

September 1998
**Licensed Clinical Psychologist**

1992–1996          The Wright Institute          Berkeley, CA

- Ph.D- Doctorate of Philosophy in Clinical Psychology
- Dissertation Topic: Personality Correlates of Coronary Prone Behavior in a High Risk Population.
- APA accredited Institution

1982–1987          Rutgers University          New Brunswick, NJ

- Bachelor of Arts in Political Science; Minor, Psychology.

**Clinical Work Experience**

**09/1996- present**
**Private Practice**
- Psychodiagnostic testing of children and adults. Conducted over 700 evaluations including risk assessments, diagnostic assessments, and competency evaluations in hospital and forensic settings.

**02/2005- present**
**Qualified Medical Examiner**                                    **CA**
- Psychological Evaluations of individuals filing Worker's Compensation Claims in the State of California. Evaluations include full psychological work ups, extensive psychological testing, and comprehensive record reviews.

**07/2012- Present          California Department of State Hospitals**
Sexually Violent Predator Evaluator
- Psychological Evaluations of individuals who are determined to potentially meet the criteria as a sexually violent predator. These evaluations consist of an extensive record review, a clinical interview and written reports. This work also includes testifying in cases that go to trial.

**2004-present**

**Alameda County Alienist Panel**

- Psychological Evaluations ordered to assess matters related to PC1026, PC1368, and PC288.1 Evaluations include interviews with the inmate, lawyers and other relevant individuals. Evaluations also include a document review and testing as needed for malingering, psychopathology, cognitive functioning and competency.

**10/2014-present**

**Contra Costa County Alienist Panel**

- Psychological Evaluations ordered to assess matters related to PC1026, PC1368, and PC288.1 Evaluations include interviews with the inmate, lawyers and other relevant individuals. Evaluations also include a document review and testing as needed for malingering, psychopathology, cognitive functioning and competency.

**09/2001-2010**

**California Forensic Assessment Project**                                    **CA**

- Conditional Release Program- Full Psychological Evaluations of individuals who are currently involved in the California Conditional Release Program. These evaluations involve risk assessment, diagnostic assessment and treatment planning issues.

**05/2002- present**

**US Pretrial Services**                                    **CA**

- Psychological Evaluations of individuals facing criminal charges. These evaluations include competency evaluations, drug treatment amenability evaluations and comprehensive psychological evaluations.

**09/2004- 07/2012**

**Mentally Disordered Offenders Panel**                                    **CA**

- Psychological Evaluations of incarcerated individuals who are being considered for Mentally Disordered Offender Status. These evaluations include cognitive screening, historical record review, a clinical interview and written reports.

**02/2002- 07/2013**

**Sexually Violent Predator Panel**                                    **CA**

- Psychological Evaluations of individuals who are determined to potentially meet the criteria as a sexually violent predator. These evaluations consist of an extensive record review, administration of the Hare Psychopathy Checklist, a clinical interview and written reports. This work also includes testifying in cases that go to trial.

**05/2000- 09/2008**

**602 Alienist Panel, S.F. Juvenile Court**                                    **SF, CA**

- Court ordered psychodiagnostic testing and evaluations of juveniles in the custody of the court. Evaluations involved disposition questions as

well as competency determinations.

**09/1996-01/2009**
**Private Practice**                                           **Oakland, CA**
- Individual, couples and family therapy with clients with a broad range of diagnoses. Ages 13-70.

**05/1997- 03/2000    Alta Bates Hospital**                    **Berkeley, CA**
Treatment Coordinator- Dual Diagnosis/Chemical Dependency Unit
- Crisis intervention with chemically dependent, mentally ill patients.
- Family interventions with patients, including education around dual diagnoses issues as well as discharge planning.
- Leader of chemical dependency education groups.

**09/1994- 05/1997    Alta Bates Hospital**                    **Berkeley, CA**
Mental Health Specialist- Dual Diagnosis/Chemical Dependency Unit
- Contribute to and implement treatment plans, direct patient care and interventions for dually diagnosed adults.
- Leader of group therapy, community meetings, and chemical dependency education groups.
- Crisis intervention leader.
- Supervision of Mental Health Workers.

**08/1989- 08/1994    CPC Belmont Hills**                      **Belmont, CA**
Mental Health Worker- Adult and Adolescent Unit
- Contribute to and implement treatment plans, direct patient care and interventions for adult and adolescent inpatient populations in crisis.
- Leader of group therapy, community meetings and family groups.
- Crisis intervention leader.

**08/1988- 08/1989    New Hope Foundation**                    **Marlboro, NJ**
Substance Abuse Counselor- Adolescent Drug Rehabilitation Center
- Leader of group therapy, chemical education groups and family therapy groups.
- Individual counseling for adolescents with substance abuse issues.

**07/1997-07/1998        Psychological Assistantship    Oakland, CA**
Psychotherapist
- Provide individual psychodynamic therapy to adults and children with personality, adjustment and affective disorders.
- Psychodiagnostic testing of adults.

**07/1995 – 07/1997    UCSF/Mt. Zion Dept. of Psychiatry    S.F, CA**
Psychology Intern

- Provide individual psychodynamic therapy to adults with a broad range of psychiatric diagnoses.
- Psychodiagnostic testing.
- Participation in a broad range of educational and training conferences.

**01/1994- 01/1995**    **Rubicon Programs**         **Richmond, CA**

Assessment Trainee

- Psychological assessment of adult patients in an outpatient day program for chronically disturbed individuals.  Full battery write-ups and case conference presentations for each client tested.

**09/1993- 08/1994**    **Wright Institute**         **Berkeley, CA**

Practicum Trainee

- Provided individual therapy to adults with personality and affective disorders.
- Intakes of prospective clients including full clinical interview, mental status examination and intake reports.
- Participation in case conferences and individual supervision.

**Continuing**    **Sept 1999  Family Violence and Sexual Assault Institute**    **CA**
**Education**    Domestic Violence Training Program: Practical Applications for Custody Evaluations. (14 hours)

**Sept 1999   California School for Professional Psychology**    **CA**
Forensic Neuropsychology- Evaluation of Criminals (8 hours)

**June 2000    Specialized Training Services**    **OR**
Testifying in Court (14 hours)

**Nov 2000    UC Extension**    **CA**
Advances in Human Brain Sciences for Clinicians (7 hours)

**March 2001    UC Extension**    **CA**
Introduction to Neuropsychological Assessment (7 hours)

**November 2001  Rorschach Workshops**    **CA**
Integrating the MMPI-2 and the Rorschach (21 hours)

**April 2002  Sex Offender Commitment Program**    **CA**
The Impact of Recent Court Decisions on Sex Offender Assessment (4 hrs)

**February 2002- Sex Offender Commitment Program**
Assessing Sexually Violent Predators – 16 hours

**February 2003- Sex Offender Commitment Program**

Dynamic Risk Factors as they Relate to Sexual Recidivism (16 hours)

Taught by Andrew Harris, Ph.D.

**September 2003- Sex Offender Commitment Program**

Conducting Recommitment Evaluations (8 hours)

**November 2004- Sex Offender Commitment Program**

Sexual Offender Commitment Program Update and Application of Recent Research Findings related to Age, Plethsmography and Antiandrogens to Sexual Violent Predator Risk Assessment (3.5 hrs)

**January 2005-  Sex Offender Commitment Program**

 Comprehensive Training in the use of the SORAG and the MsSOST-R (21.5 hrs)- Taught by Marnie Rice, Ph.D., and Doug Epperson, Ph.D.

**February 2006- Sex Offender Commitment Program**

Comprehensive Training in the role of age and sexual recidivism- (16 hours)- Taught by Howard Barbaree Ph.D. and David Thornton, Ph.D.

**September 2008- California Society of Industrial Medicine  & Surgery**

The Doctor's Report-Making it Substantial Evidence (4 hours)- Taught by Claude Monday, Ph.D.

**June 2009- Sex Offender Commitment Program**

Statistical Topics in Sexual Recidivism (5 hours) Taught by Gary Laver, Ph.D.

**November 2009- Mentally Disordered Offender Program**

MDO Evaluations Six Years After People V. Starr (3 hours)- Taught by Ronald Mihordin, M.D., J.D.

**December 2009- Sex Offender Commitment Program**

Static Risk Assessment: Understanding and Applying the 2009 Norms (7 hours) Taught by David Thornton, Ph.D. and Leslie Helmus, Ph.D.

**February 2010- QME Seminar**

Comprehensive Training in the new legal standard for psychological QMEs (7 hours) Taught by Shaun King, Esq.

**March 2010- Sex Offender Commitment Program**

The Effects of Aging on Sex Offender Recidivism (Taught by Howard Barbaree, Ph.D.)

Rapists: Classification, Diagnosis and Etiology (Taught by Robert A. Prentky, Ph.D.) (7 hours)

**February 2011- Alliant International University**

Assessment and Diagnosis of Rape-Related Sexual Arousal Patterns: Implications for Current and Future Practice (7 hours) Taught by David Thornton, Ph.D. and Raymond Knight, Ph.D

**September 2011- California Department of Mental Health**

SVP Evaluations: An Introduction, a reintroduction (12 hours) Taught by Ronald Mihordin, M.D., J.D.

**January 2012- Behavioral HealthCE.Com**

Chronic Pain Management, Treatment and Evaluation (4 hours)
Chronic Pain Managemtn Concepts (3 hours)
Special Issues with Chronic Pain Treatment (5 hours)

(All of the above taught by William Deardorff, Ph.D.)

**April 2012- Behavioral HealthCE.Com**

Chronic Pain Management III: Special Issues (5 hours)-taught by William Deardorff, Ph.D.

**August 2013- Spirit Rock Meditation Center**

Training in Buddhist Psychology (6 hours) –taught by Jack Kornfield, Ph.D.

**September-2013- BehavioralHealthCE.Com**

Psychiatric Impairment: A Comprehensive Review of the GAF (3 hours)
The MMPI-2 and Chronic Pain (3 hours)
The DSM-V: An Overview of Changes, Controversies, and Implications (4 hours)
Ethical Challenges, Risk Management, and the Emerging Technology of Telehealth for Mental Health (3 hours)

**Professional Affiliations**

Association for the Treatment of Sexual Abusers

Forensic Mental Health Association of California