# EXHIBIT CC

Zachary Singh
453 Union St
San Francisco, CA 94133
February 6, 2018

Law Office of Seth P. Chazin
1604 Solano Avenue
Berkeley, California 94706

Dear Mr. Chazin:

I understand that Gerard Jones is appearing before the Court in relation to a charge of Child Pornography and I seek to provide a character reference on his behalf.

I first met Gerard over one year ago at a meeting of Sex Addicts Anonymous, a 12-Step Program that is built off the principles of Alcoholics Anonymous that focuses on creating and nurturing healthy sexuality. I came into this program just over two years ago, after my own arrest (and subsequent conviction) of Possession of Child Pornography. Having completed the steps myself and now having over two years of sobriety in this program from my compulsive and demoralizing sexual behavior – specifically, a pornography addiction – I have a solid understanding of the willingness, remorse, and stern desire to go to any lengths to achieve and maintain lasting sobriety.

I strongly believe Gerard carries these principles, earnestly strives for success, and wants to make amends to anyone he has harmed as a result of his actions. Having had dozens of in-person conversations, as well as phone calls, with Gerard in which we share our experience, strength, and hope with each other, I have no doubts that Gerard will continue to work his program for the betterment of himself and others. I have seen and heard Gerard share his story through a formal 1st Step presentation. He communicated the progressive nature of his sex addiction, as well as the fallout and sincere remorse he and others have had to endure as a result of his actions. In short, I very truly believe that Gerard is upstanding, dependable, and honest, as well as strives for growth, forgiveness, and lasting change. He does the work – works the steps, attends meetings, makes program calls, and shares his story to help others.

His presence in our community has helped me tremendously, as his positive outlook, faith in lasting change, and desire to be sober and present to the service of others is evident and highly beneficial to the group.

For your information, I currently sponsor five different men striving for freedom from their compulsive sexual behaviors, have held multiple service positions in SAA (including leading the longest-running SAA meeting in San Francisco), and work daily to ensure my own sobriety and growth. I feel confident in my assessment and belief that Gerard is actively working his program and has what it takes to succeed in rehabilitating himself, while helping others significantly in the process. Because of Gerard's strong presence and service to our community, as well as his honest desire to benefit himself and others, I humbly ask that leniency be considered in his case.

Thank you very much for your time and consideration.

Sincerely,

Zachary Singh