ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **NO. CR 17-0070 VC** |
| | ) | |
| Plaintiff, | ) | **APPLICATION OF THE UNITED STATES FOR** |
| | ) | **A PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) | |
| | ) | |
| GERARD JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits this Application of the United States for Issuance of a Preliminary Order of Forfeiture in the above-captioned case. In support thereof, the United States sets forth the following:

On February 17, 2017, defendant Gerard Jones was charged by an Indictment with violations of 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography and 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography. The Indictment also provided notice to the defendant that the government would seek criminal forfeiture pursuant to 18 U.S.C. § 2253(a) and 21 U.S.C. § 853.

On April 2, 2018, defendant Gerard Jones pled guilty before this Court without a plea agreement to Counts One and Two of the Indictment namely, distribution of child pornography and possession of child pornography and agreed to forfeit the following property:

- One Apple iPhone, Serial No. DX3NXXK5FNJJ;

- One Apple MacBook Air Laptop, Serial No. C02L6535F5N8;

- One Seagate external hard drive, Serial No. NA5P7LOF;

- One Seagate external hard drive, Serial No. NA96BO7X;

- One Data Traveler brand 2GB USB thumb drive;

- One Lexar brand 8GM USB thumb drive, Serial No. 333658GBA;

- One Seagate external hard drive, Serial No. NA87F95X;

- One Crucial brand 16GB USB thumb drive

(hereinafter "subject property").

Rule 32.2 (b)(1) of the Federal Rules of Criminal Procedure provides that as soon as practicable after entering a guilty verdict or accepting a plea of guilty or nolo contendere on any count in an indictment or information with regard to which criminal forfeiture is sought, the court shall determine what property is subject to forfeiture under the applicable statute. If forfeiture of specific property is sought, the court shall determine whether the government has established the requisite nexus between the property and the offense. If the government seeks a personal money judgment against the defendant, the court shall determine the amount of money that the defendant will be ordered to pay. The court's determination may be based on evidence already in the record, including any written plea agreement or, if the forfeiture is contested, on evidence or information presented by the parties at a hearing after the verdict or finding of guilt.

Pursuant to Rule 32.2(b)(2), if the court finds that property is subject to forfeiture, it shall promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment or directing the forfeiture of specific property without regard to any third party's interest in all or part of it. Determining whether a third party has such an interest shall be deferred until any third party files a claim in an ancillary proceeding under Rule 32.2(c).

APPLICATION FOR PRELIM ORDER OF FORFEITURE
CR 17-0070 VC                                          2

Rule 32.2(b)(3) provides that the entry of a preliminary order of forfeiture authorizes the Attorney General (or a designee) to seize the specific property subject to forfeiture; to conduct any discovery the court considers proper in identifying, locating, or disposing of the property; and to commence proceedings that comply with any statues governing third-party rights.

Rule 32.2(b)(4) further provides that at sentencing - or at any time before sentencing if the defendant consents - the order of forfeiture becomes final as to the defendant and shall be made part of the sentence and included in the judgment. The court may include in the order of forfeiture conditions reasonably necessary to preserve the property's value pending any appeal.

The United States has established the requisite nexus between the subject property and the offense. The defendant plead guilty on April 5, 2018, to Counts One and Two of the Indictment. Accordingly, the property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2253 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853.

Upon the issuance of a Preliminary Order of Forfeiture and pursuant to Title 21, United States Code, Section 853(n), and Rule G(4)(a)(iv) of the Supplemental Rules for admiralty or Maritime Claims and Asset Forfeiture Actions, the United States will publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on David Countryman, Assistant United States Attorney, 450 Golden Gate Ave., Box 36055, San Francisco, California 94102, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture which provides for the following:

a. authorizes the forfeiture of the subject property to the United States;

b. directs the United States, through its appropriate agency, to seize the forfeited property forthwith;

c. authorizes the government to conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

d. directs the United States to publish on a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendants, having or claiming a legal interest in the subject property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier; and

e. the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated:  8/20/18

Respectfully submitted,

ALEX G. TSE
United States Attorney

DAVID B. COUNTRYMAN
Assistant United States Attorney

APPLICATION FOR PRELIM ORDER OF FORFEITURE
CR 17-0070 VC                                          4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following documents:

- **APPLICATION FOR A PRELIMINARY ORDER OF FORFEITURE; and**

- **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE,**

to be served this date by Electronic Case Filing Notification upon the person below at the place and address which is the last known address:

| | |
|---|---|
| Seth Chazin, Esq<br>1164 Solano Avenue<br>Albany, CA 94706<br>Attorney for Gerard Jones | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of August, 2018, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
FSA Paralegal / Asset Forfeiture Unit

APPLICATION FOR PRELIM ORDER OF FORFEITURE
CR 17-0070 VC                                    5