UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GERARD JONES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. CR 17-0070 VC

**[PROPOSED] PRELIMINARY ORDER OF FORFEITURE**

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's guilty plea on April 5, 2018, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

- One Apple iPhone, Serial No. DX3NXXK5FNJJ;

- One Apple MacBook Air Laptop, Serial No. C02L6535F5N8;

- One Seagate external hard drive, Serial No. NA5P7LOF;

- One Seagate external hard drive, Serial No. NA96BO7X;

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 17-0070 VC                                                        1

- One Data Traveler brand 2GB USB thumb drive;

- One Lexar brand 8GM USB thumb drive, Serial No. 333658GBA;

- One Seagate external hard drive, Serial No. NA87F95X;

- One Crucial brand 16GB USB thumb drive

pursuant to 18 U.S.C. § 2253 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel within (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this _____ day of _____ 2018.

_____
HON. VINCE CHHABRIA
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 17-0070 VC                                                2